IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAMELA D. LUSHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-177-WKW |
| | ) | (WO) |
| HARBOR FREIGHT TOOLS USA, | ) | |
| INC., a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the parties' joint stipulation of dismissal (Doc. # 22), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed without prejudice by operation of Rule 41(a)(1)-(2), on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 12th day of December, 2017.

                                                     /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE